IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON THOMPSON,

    Defendant.

---

**INDICTMENT**
**Count One**
Possession with Intent to Distribute a Controlled Substance
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
**Count Two**
Possession of a Firearm/Ammunition by a Prohibited Person
18 U.S.C. §922(g)(1)

---

The Grand Jury charges:

## COUNT ONE

On or about January 31, 2018, in the State and District of Colorado, the defendant, JASON THOMPSON, did knowingly and intentionally possess with intent to distribute 5 grams and more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT TWO

On or about January 31, 2018, in the State and District of Colorado, the defendant, JASON THOMPSON,  having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE ALLEGATION

1.	The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the violations alleged in Count Two of this Indictment involving violation of 18 U.S.C. § 922(g), defendant, REY GONZALES, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:  Taurus, model Curve, .380 caliber pistol, serial number 54058E, Standard Manufacturing Co., model DP-12, 12 gauge shotgun, serial number DP15119, Glock, model 22, .40 caliber pistol, serial number FEW1511, and various ammunition.

2.	If any of the property described in paragraph 1, as a result of any act or omission of the defendant:

        a)	cannot be located upon the exercise of due diligence;
        b)	has been transferred or sold to, or deposited with, a third

       party;
- c)  has been placed beyond the jurisdiction of the Court;
- d)  has been substantially diminished in value; or
- e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

         A TRUE BILL:

         <u>Ink signature on file in Clerk's Office</u>
         FOREPERSON

ROBERT C. TROYER
United States Attorney

<u>s/Colleen Covell</u>
COLLEEN COVELL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: colleen.covell@usdoj.gov