| | |
|---|---|
| DEFENDANT: | JASON THOMPSON |
| YOB: | 1975 |
| ADDRESS: | Weld County, Colorado |
| COMPLAINT FILED? | ___ YES   _X_ NO |

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:
   IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ YES   _X_ NO

| | |
|---|---|
| OFFENSE: | Count 1: Possession with intent to distribute a controlled substance 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
| | Count 2: Possession of a firearm/ammunition by a prohibited person 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Weld County, Colorado |
| PENALTY: | Count 1: NLT 5 years and NMT 40 years in prison, up to a $5,000,000 fine, at least 4 years supervised release, $100 special assessment |
| | Count 2: NMT 10 years in prison, $250,000 fine, 3 years supervised release, $100 special assessment |
| AGENT: | ATF Luke Hitt |
| AUTHORIZED BY: | Colleen Covell<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  _X_ five days or less   ___ over five days   ___ other

THE GOVERNMENT: **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

OCDEF CASE:               ___ Yes   _X_ No