AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. JASON THOMPSON | ) | Case No. 18-cr-00172-MSK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JASON THOMPSON                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance Section 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
Possession of a Firearm/Ammunition by a Prohibited Person Section 18 U.S.C. §922(g)(1)


Date:     04/04/2018                                                                          s/D. Kalsow, Deputy Clerk
                                                                                                   *Issuing officer's signature*

City and state:     Denver, Colorado                                       Jeffrey P. Colwell, Clerk of Court
                                                                                                   *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ *Arresting officer's signature* |
| _____ *Printed name and title* |