# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON THOMPSON,

    Defendant.

---

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

---

To: The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 16th day of May, 2018.

    ROBERT C. TROYER
    United States Attorney

By: *s/ Pegeen D. Rhyne*
    PEGEEN D. RHYNE
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0401 (fax)
    Pegeen.Rhyne@usdoj.gov
    Attorney for United States

## CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will send notifications of such filing to all participants in this matter:

                                                       s/ *Dee Boucher*
                                                       United States Attorney's Office