IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00172-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JASON THOMPSON,

  Defendant.

_____

### NOTICE OF APPEARANCE
_____

  The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

         Respectfully submitted,

         VIRGINIA L. GRADY
         Federal Public Defender


         /s/ Matthew K. Belcher
         MATTHEW K. BELCHER
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, Colorado  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         Email:  Matthew_Belcher@fd.org
         Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

    Colleen Covell, Assistant U.S. Attorney
    Email:  colleen.covell@usdoj.gov

    Pegeen Denise Rhyne, Assistant U.S. Attorney
    Email:  pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jason Thompson
    via mail

                                        /s/ Cecilia Hernandez
                                        Cecilia Hernandez, Legal Assistant
                                        Office of the Federal Public Defender