AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
1. JASON THOMPSON

Case No. 18-cr-00172-MSK

*Defendant*

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
4:14 pm, May 31, 2018
**JEFFREY P. COLWELL, CLERK**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON THOMPSON
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance Section 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
Possession of a Firearm/Ammunition by a Prohibited Person Section 18 U.S.C. §922(g)(1)

Date:   04/04/2018

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/4/18, and the person was arrested on *(date)* 5/29/18
at *(city and state)* WELD COUNTY, CO

Date: 5/29/18

*Arresting officer's signature*

ATF SA Luke Hitt
*Printed name and title*