IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00172-MSK

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.

JASON THOMPSON

     Defendant(s).

_____

NOTICE AND MOTION FOR SUBSTITUTION OF COUNSEL
AND
ENTRY OF APPEARANCE
_____

     Notice is hereby given that subject to approval by the Court the Defendant desires to substitute Thomas E. Henry as attorney of record in place of Mathew K. Belcher, Assistant Federal Public Defender.   In furtherance of this Notice Counsel states the following to the Court:

     1.  Subject to approval by the Court Counsel enters his appearance to represent the Defendant in the captioned matter.

     2.  Counsel initially represented the Defendant in Weld County Colorado where the case was originally filed.

     3.  Counsel advised current Counsel that he would be entering as attorney of record for the Defendant.  Current Counsel has questioned the Defendant concerning this entry several times and the Defendant confirmed that his family and friends were completing the arrangement to retain Counsel.

4. Any delay in Counsel entering pertained to finalizing representation agreements with the Defendant and Defendants friends and family. There was no intended strategic purpose other than Counsel being assured that adequate resources would be available to complete due diligence and investigative work that was originally initiated when Counsel represented the Defendant in Weld County Colorado.

5. Counsel is in possession of the discovery from the Weld County case and this discovery should be virtually identical to the discovery in the possession of the United States.

6. Counsel believes there is investigative work that needs to be completed. This concerns third party information on individuals that were residents of the home where the Defendant was staying at the time of his arrest. This investigative work is underway and ongoing.

July 26, 2018

/s/ *Thomas Henry*
Thomas Henry
9836 Ontario Street
Omaha, Nebraska 68124
CO Bar # 4504
NE Bar # 11819
thomasesq99@gmail.com
Cell:  402-680-0509
Ph:  402-614-2057

## CERTIFICATE OF SERVICE

I certify that on July 26, 2018 I filed the above set forth document with the Clerk of the Court using the CM/ECF system which will send notice to the United States at the email address on record and I further certify that I arranged to have this document hand delivered to the Defendant at the Federal Detention Center.

/s/ *Thomas E. Henry*
_____
Thomas Henry, Attorney