## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JASON THOMPSON

    Defendant(s).

___

## ORDER

**THE COURT,** being fully advised approves the substitution of Thomas Henry as attorney of record in the captioned case.  The Office of the Federal Public Defender shall be removed as attorney of record.

    **SO ORDERED:**_____, **2018**

-----------------------------------------------
**United States District Court Judge**