IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cr-00172-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JASON THOMPSON,

       Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL
AND TERMINATION OF ELECTRONIC SERVICE**
_____

       The Office of the Federal Public Defender, through Matthew K. Belcher, Assistant Federal Public Defender, hereby moves to withdraw as appointed counsel for defendant Jason Thompson, and requests termination of electronic service in the above-captioned case.

       In support of this motion, undersigned counsel states that Mr. Thompson has retained private counsel, Thomas Henry, who entered his appearance on behalf of Jason Thompson on July 26, 2018 (Doc. #17).

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully moves this Court for an Order allowing the Office of the Federal Public Defender to withdraw as appointed counsel for Jason Thompson, to include the termination of electronic service in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Matthew_Belcher@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

    Pegeen Denise Rhyne, Assistant U.S. Attorney
    Email:  pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jason Thompson
    via mail

                                       /s/ Cecilia Hernandez
                                       Cecilia Hernandez, Legal Assistant
                                       Office of the Federal Public Defender