# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover                    Date: August 2, 2018
Court Reporter:    Terri Lindblom

Criminal Action No. 18-cr-00172-MSK

*Parties*:                                            *Counsel Appearing:*

UNITED STATES OF AMERICA,                             Pegeen Rhyne

      Plaintiff,

v.

JASON THOMPSON,                                       Thomas Henry

      Defendant.

## COURTROOM MINUTES

HEARING:   Motion

**4:03 p.m.   Court in session.**

Defendant present in cusotdy.

The Court addresses defendant's Motion to Vacate (**Doc. #15**).

Argument.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**   The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  Defendant's Motion to Vacate (**Doc. #15**) is **GRANTED.**  The trial scheduled to commence on **August 6, 2018** is **VACATED** and reset to **October 9-11, 2018 at 8:30 a.m.**, Final

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

        Pretrial Conference is set for **October 4, 2018 at 4:00 p.m.,** all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service.

**4:17 p.m.**    **Court in recess.**

**Total Time:    14 minutes.**
**Hearing concluded.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3