## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JASON THOMPSON

    Defendant(s).

---

## NOTICE OF INTENT TO CHANGE PLERA

---

      The Defendant Jason Thompson through undersigned Counsel notifies this Honorable Court of the Defendant's intent to change his plea of not guilty to a plea of guilty to charges negotiated as part of a plea agreement with the United States.  This Notice is being filed to alert the Court that the Defendant, after completion of all required documents, will be prepared to go forward per the intent stated in this Notice.

August 28, 2018

/s/ *Thomas Henry*
Thomas Henry
9836 Ontario Street
Omaha, Nebraska 68124 CO
Bar # 4504
thomasesq99@gmail.com
Cell:  402-680-0509
Ph:  402-614-2057

## **CERTIFICATE OFSERVICE**

    This Notice is being served on the Untied States of America and the Clerk of the Court per the US District Court electronic filing system

                                          /s/ *Thomas Henry*