IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:   September 27, 2018
Court Reporter:     Terri Lindblom
Interpreter:        N/A

Criminal Action No. 18-cr-00172-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Pegeen Rhyne

       Plaintiff,

v.

JASON THOMPSON,                              Thomas Henry

       Defendant.

---

ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**1:35 p.m.     Court in session.**

Defendant present in custody.

Defendant is arraigned on Counts 1 and 2 of the **Indictment**.  Defendant pleads guilty to Counts 1 and 2 of the **Indictment.**  The Government intends to dismiss the remaining Count 1 of the Indictment against the defendant.

Defendant sworn.

Defendant advised regarding:

    1)   The Plea Agreement;
    2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)   The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Counts 1 and 2 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set **December 19, 2018 at 10:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**2:17 p.m.** **Court in recess.**

**Total Time: 42 minutes.**
**Hearing concluded.**