IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00172-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JASON THOMPSON,

        Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a final order of criminal forfeiture for the firearms and ammunition listed in the Indictment (Doc. 1), because they have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

DATED this 6th day of November 2018.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
Laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day November 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jody Gladura*
FSA Paralegal II
United States Attorney's Office