IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JASON THOMPSON

    Defendant(s).

---

**MOTION TO CONTINUE SENTENCING
RECENTLY RESCHEDULED BY THE COURT "SUA SPONTE"**

---

    Counsel on behalf of the Defendant moves this Honorable Court to enter an Order setting his a new date for sentencing and in support of this Motion Counsel makes the following statements to the Court:

    1.    Counsel received the Order of the Court setting a new date for the Defendants sentencing.

    2.    Since receiving the new date Counsel has attempted to reschedule a hearing previously set in Arapahoe County for December 17, 2018.  The noted hearing is set for the entire day.  The reason the entire day was scheduled was to accommodate a scheduling issue for an expert witness.  At the time of filing this Motion opposing counsel has not been able to firm the exact availability of the expert witness.  The State Court matter is time sensitive and with the upcoming holiday scheduling issues the Court desires to complete the taking of testimony on December 17, 2018.

    3.    Counsel has did not want to delay further contact with the Court regarding this Motion for Continuance and is filing this Motion without prior communication with the Governments attorney.

    4.    For purpose of rescheduling Counsel advises the Court of the following:

- Counsel is available the morning of December 18, 2018

- Counsel is available during any time period on December 20, 2018
- Counsel is available the morning of December 21, 2018.
- Counsel has pre-arranged family holiday travel from December 22, 2018 to January 6, 2019.
- Counsel is available anytime on January 8, 2019
- Counsel is available in the afternoon of January 9, 2019
- Counsel is available anytime on January 10, 2019

5. Counsel requests that this Motion be granted.

Submitted November 25, 2018

/s/ *Thomas Henry*
Thomas Henry
9836 Ontario Street
Omaha, Nebraska 68124
CO Bar # 4504
NE Bar # 11819
tehenry@cox.net
Cell:  402-680-0509

**CERTIFICATE OF SERVICE**

I hereby certify that at the time of the filing of this Motion via the Courts electronic filing system that I confirmed that the same should be served via the electronic system on the respective AUSA assigned to this case.

/s/ *Thomas Henry*