IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:18-cr-00172-MSK

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JASON THOMPSON

    Defendant(s).

---

**ORDER**

---

**THE COURT,** having received and reviewed a Motion for Continuance filed by the Defendant and being fully advised hereby \_\_\_\_ GRANTS   \_\_\_\_ DENIES said Motion and sets the following date for the Defendants sentencing:

    Rescheduled Sentencing Date _____.

    **SO ORDERED** _____

_____
**Chief Judge Marcia S. Frieger**